IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>VS.<br><br>**KISA LACHELLE WILLIAMS,**<br><br>Supervised releasee | NO. 3: 09-CR-36 (CAR)<br><br>RE: VIOLATION OF SUPERVISED RELEASE |

# O R D E R

KISA LACHELLE WILLIAMS, a supervised releasee in the above-styled criminal proceeding, this day appeared before the undersigned for a hearing under provisions of Rule 32.1 of the Federal Rules of Criminal Procedure. She was advised of the nature of the proceedings against her and of her legal and constitutional rights. With the assistance of legal counsel, said supervised releasee waived a preliminary hearing under Rule 32.1(b)(1) of the *Rules* and agreed that a **FINAL** hearing could be scheduled under Rule 32.1(b)(2).

Upon consideration of the government's request for the detention of the supervised releasee pending her final revocation hearing, and in light of the provisions of 18 U.S.C. §3143(a), the court finds that release from custody at this time is inappropriate in this case. Grounds for revocation set forth in the PETITION FOR ACTION ON PROBATION include allegations that the supervised releasee absconded from supervision.

Accordingly, IT IS ORDERED AND DIRECTED that KISA LACHELLE WILLIAMS be **DETAINED** by the United States Marshal until further order of the court. While held in custody, said supervised releasee shall be afforded reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility wherein she is confined shall deliver her to the United States Marshal for the purpose of an appearance in connection with this court proceeding. Said supervised releasee shall appear before the Honorable C. Ashley Royal, district judge, for a FINAL HEARING as directed by Judge Royal. The Clerk of Court is directed to forward this order and the within file to Judge Royal for the scheduling of said FINAL HEARING at the earliest possible time.

SO ORDERED AND DIRECTED, this 30th day of APRIL, 2010.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE